## HOBERT v. KIMBERLY.

A note for public securities is to be estimated at their value when payable, and the payments at the time when made.

ACTION on note, dated the 1st of February A. D. 1789, for £143 16s. 2d. state securities, payable the 1st of February A. D. 1790. Case was defaulted, and heard in damages.

There were several payments made upon the note in state notes in 1790 and 1791. The court estimated the note at the value of securities when payable, and the payments at the value of the securities when paid, and gave judgment accordingly.